DORIS A. KAELIN (SBN 162069)
SANDI M. COLABIANCHI (SBN 193872)
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
dkaelin@gordonrees.com
scolabianchi@gordonrees.com

Counsel for
Kari Bowyer, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MERSEDEH EGHDAMI,<br><br>        Debtor. | Case No. 14-54014 MEH<br>Chapter 7<br><br>**MOTION TO SELL REAL PROPERTY LOCATED AT 1580 W. EL CAMINO REAL, #11, MOUNTAIN VIEW, CALIFORNIA, SUBJECT TO OVERBID**<br><br>Date: (No Hearing Required)<br>Judge: M. Elaine Hammond |

Kari Bowyer, Chapter 7 Trustee of the estate of the above named Debtor ("Trustee"), hereby moves for an order authorizing the Trustee to sell the estate's right, title and interest in the real property located at 1580 W. El Camino Real, #11, Mountain View, California ("Property") to Raj Abhyanker ("Buyer") for the purchase price of $355,000 ("Purchase Price") pursuant to the terms set forth in the *Notice of Trustee's Intent to Sell Real Property Located at 1580 W. El Camino Real, #11, Mountain View, California (Santa Clara County APN 154-31-067), Subject to Overbid* (the "Notice").

The Notice was provided to the Debtor, all creditors and other parties in interest pursuant to Bankruptcy Local Rule 9014-1.

Section 363(b) of the Bankruptcy Code provides that a trustee "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." As

Page 1

set forth in the Notice, the Trustee believes that sale of the Property to the Buyer is in the best interest of the estate and its creditors.

No overbids having been received on the Property, the Trustee requests authority to sell the estate's interest in the Property to the Buyer for the total purchase price of $355,000.

DATED: April 3, 2015         GORDON & REES LLP


By: */s/ Doris A. Kaelin*
DORIS A. KAELIN
Attorneys for Kari Bowyer, Trustee in Bankruptcy of the estate of Mersedeh Eghdami